IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSAN A. BARRICK, | : | 1:14-cv-1456 |
| | : | |
| Plaintiff, | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| CAROLYN COLVIN, | : | |
| Acting Commissioner of the Social | : | |
| Security Administration, | : | |
| | : | |
| Defendant. | : | |

# ORDER

### June 8, 2015

In accordance with the accompanying Memorandum, **IT IS HEREBY**

**ORDERED THAT:**

1. The Clerk of Court shall **ENTER JUDGMENT** in favor of Plaintiff and against Defendant.

2. The decision of the Commissioner of Social Security denying Plaintiff disability and disability insurance benefits is **VACATED** and the case is **REMANDED** to the Commissioner of Social Security for further proceedings.

3. The Clerk of the Court shall **CLOSE** this case.

                    <u>s/ John E. Jones III</u>
                    John E. Jones III
                    United States District Judge